IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV
2013 JAN 28 PM 4:16

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                              ) | |
|      Plaintiff,              ) | |
|                              ) | |
| v.                           ) | CASE NO. CV406-250 |
|                              ) | |
| UNITED STATES CURRENCY       ) | |
| TOTALING $180,000.00 and     ) | |
| UNITED STATES CURRENCY       ) | |
| TOTALING $5,080.00,          ) | |
|                              ) | |
|      Defendants.             ) | |

## O R D E R

The above-captioned matter involves $185,080.00 that the Government alleges is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6). In March 2007, Hung Thien Ly ("Claimant") filed claims to the defendant currency. (Docs. 9, 10, 12.) The defendant currency at issue was recovered in conjunction with the execution of search warrants at Claimant's residence on March 30, 2006.

On October 19, 2007, the Court stayed proceedings until the conclusion of the related criminal proceedings against Claimant in CR407-286. (Doc. 24.) Claimant was tried and convicted in August 2008. (CR407-286 Doc. 143.) On October 2, 2009, the Court lifted the stay of these proceedings and directed the Claimant to file an answer to the Government's complaint within twenty days. (Doc. 29.) Claimant did not do so. Instead, Claimant filed a "Motion to Continue Stay" and a "Motion to

Vacate the Order to Lift Stay." (Docs. 31, 38.) The Government filed a "Motion for Judgment on the Pleadings." (Doc. 38.) In its motion, the Government contends that it is entitled to judgment in its favor because Claimant failed to answer or deny the allegations in the Government's complaint. (Id. at 5.)

After being convicted, the Eleventh Circuit vacated Claimant's criminal conviction and remanded the case. (CR407-286 Doc. 257.) In May 2012, Claimant was retried and again convicted in the related criminal case. (CR407-286 Doc. 353.) On December 19, 2012, Claimant was resentenced. (CR407-286 Doc. 379.) This Court also granted the Government's request to strike the criminal forfeiture allegations. (CR407-286 Doc. 377.)

Accordingly, the Government and Claimant shall each file a brief, within fifteen days from the date of this order, pertaining to the issue of how the civil forfeiture action should proceed. The Clerk of Court is **DIRECTED** to mail a copy of this order to Claimant and to Claimant's counsel of record in CR407-286. Should Claimant decide to be represented in this matter, Claimant's counsel must file an appearance as provided by the local rules.

SO ORDERED this 28th day of January 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA